**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF NEW YORK
PRO SE OFFICE
U.S. COURTHOUSE
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

Date: 4/26/2022

Daniel N. Arbeeny
124 Amity Street
Brooklyn, NY 11201

Dear Mr. Arbeeny,

    This letter pertains to case 22-cv-2336 (LDH)(LB).  Please provide an address for ALL DEFENDANT'S, within 14 days from the date of this letter. Our office needs the address to complete the Summons for this case.

    The service address(es) for the defendant(s) must be in written format and submitted to:

**Attn: Pro Se Office**

**U.S. District Court, EDNY**

**225 Cadman Plaza East**

**Brooklyn, NY 11201**

                                                                            Sincerely,
                                                                            Pro Se Office
                                                                            (718) 613-2665