UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| DANIEL N. ARBEENY, as the Administrator of the Estate of NORMAN ARBEENY, individually and on behalf of others, and SEAN S. NEWMAN, as the Administrator of the Estates of Michael J. Newman and Dolores D. Newman, and individually and on behalf of others, | 22 Civ. 2336 (LDH) (LB)<br>23 Civ. 02391 (LDH) (ARL)<br>(Consolidated) |
| Plaintiffs, | |
| -against- | **NOTICE OF MOTION** |
| ANDREW M. CUOMO, MELISSA DeROSA, HOWARD A. ZUCKER, M.D., GREATER NEW YORK HOSPITAL ASSOCIATION, KENNETH RASKE, NORTHWELL HEALTH, INC., MICHAEL DOWLING, and JOHN DOES A-Z, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, and all papers and proceedings had herein, Defendants Northwell Health, Inc. and Michael Dowling (collectively, "the Northwell Defendants") will move this Court, before the Honorable LaShann DeArcy Hall, at the United States Courthouse, located at 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and at a time to be designated by the Court, for an order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing the second amended complaint of Plaintiffs Daniel N. Arbeeny, as the Administrator of the Estate of Norman Arbeeny, individually and on behalf of others, and Sean S. Newman, as the Administrator of the Estates of Michael J. Newman and Dolores D. Newman, individually and on behalf of others (collectively, "Plaintiffs") for failure to state a claim upon which relief can be granted.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's order dated October 25, 2023, Plaintiffs' opposition papers must be served by December 15, 2023, and the Northwell

Defendants reply papers served by January 5, 2023. At the Court's request, all parties should file their respective papers with the Court on January 5, 2023.

Dated: White Plains, New York
November 17, 2023

                                                  Respectfully submitted,

                                                  _____
                                                  Daniel S. Alter
                                                  Edward A. Smith
                                                  Abrams Fensterman, LLP
                                                  81 Main Street, Suite 400
                                                  White Plains, New York 10601
                                                  (914) 607-7010
                                                  esmith@abramslaw.com
                                                  dalter@abramslaw.com

                                                  *Attorneys for the Northwell Defendants*

To:     Counsel for all Parties
          *by ECF and E-mail*