UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL ARBEENY, as the Administrator of the Estate of NORMAN ARBEENY (deceased), individually and on behalf of others, and SEAN S. NEWMAN, as the Administrator of the Estates of MICHAEL J. NEWMAN (deceased) and DOLORES D. NEWMAN (deceased), individually and on behalf of others,<br><br>                      Plaintiffs,<br><br>                      v.<br><br>ANDREW M. CUOMO, MELISSA DEROSA, HOWARD A. ZUCKER, M.D., GREATER NEW YORK HOSPITAL ASSOCIATION, KENNETH RASKE, NORTHWELL HEALTH, INC., MICHAEL DOWLING, and JOHN DOES A-Z,<br><br>                      Defendants. | 22-CV-2336 (LDH) (LB)<br>23-CV-2391 (LDH) (ARL)<br><br><br><br>DATE OF SERVICE<br>**DECEMBER 20, 2023**<br><br><u>**EXHIBITS**</u><br><br>"A" through "N" |

**DECLARATION OF JONNA M. SPILBOR IN SUPPORT
OF PLAINTIFFS' OPPOSITION TO DEFENDANTS'
ANDREW M. CUOMO; MELISSA DEROSA; AND
HOWARD A. ZUCKER, M.D.'S MOTIONS TO DISMISS
THE SECOND AMENDED COMPLAINT**

Dated: December 19, 2023
      Poughkeepsie, New York

Respectfully submitted,
/s/
**Jonna M. Spilbor, Esq.**
**JONNA SPILBOR LAW**
214 Main Street
Poughkeepsie, NY 12601
845.485.2529

ladylaw@jonnaspilbor.com
*Attorneys for Plaintiffs*

I, JONNA M. SPILBOR, affirm and declare under penalty of perjury as follows:

1. I am an attorney admitted to practice in the State of New York and before the United States District Court for the Eastern District of New York. I, along with attorney Michael S. Kasanoff, are the attorneys for all Plaintiffs in this action and, as such, I am fully familiar with the facts, pleadings and proceedings heretofore in this matter. I respectfully submit this Declaration in Support of Plaintiff's Opposition to Defendants' ANDREW M. CUOMO; MELISSA DEROSA; and HOWARD A. ZUCKER, M.D.'s Motion(s) to Dismiss the Second Amended Complaint.

2. Attached hereto as **Exhibit A** is a true and correct copy of the previously filed Second Amended Complaint.

3. Attached hereto as **Exhibit B** is a true and correct copy of NBC News article, "Coronavirus spreads in a New York nursing home forced to take recovering patients" quoting David C. Grabowski, PhD. Professor, Department of Health Care Policy. Harvard Medical School, Boston, MA.

4. Attached hereto as **Exhibit C** is a true and correct copy of the referenced report from the Empire Center; "2020 Hindsight: Rebuilding New York's Public Health Defenses After the Coronavirus Pandemic."

5. Attached hereto as **Exhibit D** is a true and correct copy of the March 25, 2020 Directive by the New York Department of Health.

6. Attached hereto as **Exhibit E** is a true and correct copy of the April 7, 2020 Directive by the New York Department of Health.

7. Attached hereto as **Exhibit F** is a true and correct copy of the referenced article in the Wall Street Journal; "In Worst-Hit Covid State, New York's Cuomo Called All the Shots".

8. Attached hereto as **Exhibit G** is a true and correct copy of an excerpt from Melissa DeRosa's book entitled, "What's Left Unsaid: My Life at the Center of Power, Politics and Crisis".

9. Attached hereto as **Exhibit H** is a true and correct copy of the referenced article from Elle Magazine dated April 13, 2020.

10. Attached hereto as **Exhibit I** is a true and correct copy of the March 13, 2020 Directive by the New York Department of Health.

11. Attached hereto as **Exhibit J** is a true and correct copy of the relevant pages from the New York State's 2023 "Pandemic Plan".

12. Attached hereto as **Exhibit K** is a true and correct copy of the referenced article; "DeRosa Is Still Hiding the Truth about Cuomo's Pandemic Response".

13. Attached hereto as **Exhibit L** is a true and correct copy of the referenced Nursing Home Trade Association's Press Release regarding the DOH Directives.

14. Attached hereto as **Exhibit M** is a true and correct copy of the declaration of Cobble Hill Health Center CEO Donny Tuchman.

15. Attached hereto as **Exhibit N** is a true and correct copy of the referenced NY Post article, "Howard Zucker to Testify on New York's Disastrous COVID Response in Front of House Committee".

Dated: December 19, 2023
       Poughkeepsie, New York        Respectfully submitted,

/s/
_____

**JONNA SPILBOR LAW**
**Jonna M. Spilbor, Esq.**
*Attorneys for Plaintiff*
214 Main Street
Poughkeepsie, NY 12601
Main: 845.485.2529
ladylaw@jonnaspilbor.com