1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2711

**JENNER&BLOCK** LLP

September 6, 2024

Jeremy M. Creelan
Tel +1 212 891 1678
JCreelan@jenner.com

**VIA ECF**

The Honorable LaShann DeArcy Hall
U.S. District Court, Eastern District of New York
Courtroom 4H North
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Arbeeny et al. v. Cuomo et al.*, No. 22-cv-2336
      Notice of Potentially Related Case

Dear Judge DeArcy Hall:

      We represent Defendants Greater New York Hospital Association and Kenneth Raske in this action. Pursuant to the obligations imposed by Local Civil Rule 1.6, we respectfully write on behalf of all named defendants to advise the Court of a potentially related case, *Alexander v. Cuomo et al.*, No. 24-cv-2179, currently pending before Judge Merle in this district. These two cases involve the same named defendants and certain similar factual allegations and partially overlapping legal claims, and therefore may meet the standard for relatedness under Rule 3(a) of the Court's Rules for the Division of Business. We are simultaneously informing Judge Merle of the existence of this case by letter today, which is also the deadline for the defendants to answer or otherwise respond to the Complaint in *Alexander*.

Respectfully submitted,
*/s/ Jeremy M. Creelan*

*Counsel for Defendants Greater New York
Hospital Association and Kenneth Raske*

cc: All Counsel of Record (by ECF)